**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:    01-14-00968-CV

Trial court case number:  2012-58724

Trial court:              113th District Court of Harris County

Appellant's Motion for Extension of Time to File Motion to Rehear Appellant's Notice of Appeal on the Denial of Pauper's Oath En Banc is **GRANTED, in part**. Any motion for en banc reconsideration is due **by 12:00 p.m. (noon) on March 13, 2015**, with no further extensions. TEX. R. APP. P. 49.7, 49.8. It is so ORDERED.

Judge's signature: __/s/_ Harvey Brown
                    X  Acting individually     ☐ Acting for the Court

Date:  March 3, 2015